**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROYCE BRINKER and                                                                                     PLAINTIFFS
TED BRINKER

v.                                                  No. 4:13CV00302 JLH

PFIZER, INC.                                                                                              DEFENDANT

## ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendant be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE